**Order entered September 26, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00698-CV

**MICHAEL SUTKER, M.D., ET AL., Appellants**

**V.**

**DORCAS SIMMONS, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13851**

## ORDER

Before the Court is appellee's September 24, 2018 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **October 15, 2018**. We caution appellee that further extension requests in this accelerated appeal will be disfavored.

/s/     ADA BROWN
          JUSTICE